NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ARNOLD J. FREEDMAN,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7098

---

Appeal from the United States Court of Appeals for Veterans Claims in 10-4117, Judge Robert N. Davis.

---

**ON MOTION**

---

**ORDER**

The court received Arnold J. Freedman's informal brief out-of-time on May 14, 2012 and treated it as a motion for an extension of time to file his informal brief. Subsequently, Freedman filed a motion for a 7-day extension of time to file his informal brief. The Secretary does not oppose the requests.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. Mr. Freedman's brief is accepted for filing. The Secretary's brief is due within 21 days from the date of filing of this order.

FOR THE COURT

__MAY 2 4 2012__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Arnold J. Freedman
     Corrine A. Niosi, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

MAY 2 4 2012

**JAN HORBALY**
**CLERK**